AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KURTYCE COLE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:06-CV-229-F** |
| ) | |
| SAKS, INCORPORATED, et al., ) | |
|     Defendants. ) | |

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the court's order on bill of costs dated December 9, 2008 and with no objections being filed, costs are taxed in the amount of $1,945.55 against the Plaintiff, Kurtyce Cole.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 19, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Kurtyce Cole | David C. Lindsay |
| 14460 New Falls of Neuse Rd., #149-253 | Randall D. Avram |
| Raleigh, NC 27614 | 3737 Glenwood Avenue, Ste 400 |
| | Raleigh, NC 27612 |

| | |
|---|---|
| December 19, 2008 | DENNIS IAVARONE, Clerk |
| Date | *Eastern District of North Carolina* |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |